IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FATA COSIC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:17-cv-4623 |
| vs. ) | |
| ) | Hon. Manish S. Shah |
| LA TOURAINE LLC d/b/a SOFITEL ) | |
| CHICAGO WATER TOWER, SOFITEL ) | Magistrate Judge Sheila Finnegan |
| USA, LLC, ACCOR BUSINESS AND ) | |
| LEISURE MANAGEMENT, LLC, d/b/a ) | |
| ACCOR HOTELS, ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE, TO AUTOMATICALLY CONVERT TO DISMISSAL WITH PREJUDICE IN 60 DAYS

The Parties have reached a settlement of this matter. Accordingly, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Parties stipulate to the dismissal of any and all claims brought in this litigation. The dismissal shall, initially, be without prejudice. Unless a party moves to reinstate the case, the dismissal shall automatically convert to a dismissal with prejudice 60 days after this stipulation is filed. Except as provided in the parties' Settlement Agreement, each party shall bear the party's own costs, including fees, in this ligation.

Date: November 29, 2017

Stipulated by:

| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANTS |
|---|---|
| */s/ Marty Denis* | */s/ Kyle Petersen* |
| One of the Attorneys for Plaintiff | One of the Attorneys for Defendants |

Marty Denis
Bethany Hilbert
**BARLOW, KOBATA & DENIS LLP**
525 West Monroe, Ste. 2360
Chicago, Illinois 60661
Tel: 312.648.5570
mdenis@bkd-law.com
bhilbert@bkd-law.com

Kyle Petersen
Cheryl A. Luce
Christopher W. Kelleher
**SEYFARTH SHAW LLP**
233 South Wacker Dr., Suite 8000
Chicago, Illinois 60606
Tel: 312.460.5000
kpetersen@seyfarth.com
cluce@seyfarth.com
ckelleher@seyfarth.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 29, 2017, I caused a true and correct copy of the foregoing document to be served on all counsel of record by filing the document electronically using the Court's CM/ECF system.

/s/ *Kyle Petersen*
Kyle Petersen